In the Matter of RELLY ADLER, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted December 17, 2012; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the proceeding and the motion have abated because of the death of the appellant.

WILLIAM ANDERSON, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent.

Submitted January 7, 2013; decided February 19, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 852 (2012)].

In the Matter of ANDIE M. and Another, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIMBERLY M. et al., Appellants.

Submitted January 28, 2013; decided February 19, 2013

Motions for leave to appeal denied. Motion by Kimberly M. for poor person relief dismissed as academic.